749 A.2d 830

IN THE MATTER OF LEE DAVID MEDINETS,
AN ATTORNEY AT LAW.

May 2, 2000.

### ORDER

The Court on April 3, 2000, having ordered that **LEE DAVID MEDINETS** of **LAKEWOOD,** who was admitted to the bar of this State in 1977, be temporarily suspended from the practice of law, pursuant to *Rule* 1:20–17(e)(1), effective May 3, 2000, unless respondent paid all administrative costs and interest assessed in a previous disciplinary matter or arranged a payment plan satisfactory to the Disciplinary Review Board prior to that date;

And the Disciplinary Review Board having reported to the Court that respondent has made satisfactory payment arrangements and is current with his payments under the payment plan;

And good cause appearing;

It is ORDERED that the Order of April 3, 2000, is hereby vacated.